**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>            Plaintiff,<br><br>      vs.<br><br>LOCAL 9003, COMMUNICATIONS WORKERS OF AMERICA,<br><br>            Defendant. | Case No. LA CV18-04739 JAK (ASx)<br><br>**ORDER RE STIPULATION FOR COMPROMISE SETTLEMENT (DKT. 18) (JS-6)** |

     The Court, having received the Stipulation for Compromise Settlement (Dkt. 18), and for good cause shown, orders as follows:

     1.   The Stipulation for Compromise Settlement is **APPROVED**.

     2.   The terms and conditions of the Supervised Election set forth in the Stipulation for Compromise Settlement are approved.

     3.   The Court shall retain jurisdiction of this action, and after completion of the Supervised Election, the Secretary shall certify to the Court the name of the persons so elected, and certify that such election was conducted in accordance with Title

1

IV of the Act, and insofar as lawful and practicable, in accordance with the Constitution of the Communications Workers of America and the Bylaws of Local 9003.

4.    All scheduled dates and deadlines are VACATED.

5.    This action is dismissed without prejudice. The Court retains jurisdiction to enter an Order in accordance with the terms of the Stipulation for Compromise Settlement and/or to vacate this Order and reopen the action until August 31, 2019; provided, however, any request by the party(ies) that the Court do so, shall make a showing of good cause as to why the conditions of the settlement have not been satisfied by that time, what further processes are necessary, and when the party(ies) making such a request reasonably expect the process to be concluded. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require the approval of the Court. Such stipulation shall be filed before August 31, 2019, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: February 12, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE