NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
        Room 7516, Federal Building
        300 North Los Angeles Street
        Los Angeles, California 90012
        Tel: (213) 894-3275
        Fax: (213) 894-7819
        Email: richard.park@usdoj.gov

Attorneys for Plaintiff
Eugene Scalia, Secretary of Labor
United States Department of Labor

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>      vs.<br><br>LOCAL 9003, COMMUNICATIONS WORKERS OF AMERICA,<br><br>        Defendant. | Case No. CV 18-4739 JAK (ASx)<br><br>**NOTICE OF CERTIFICATION OF ELECTION**<br><br>[Certification of Election and Proposed Order filed concurrently herewith]<br><br>Hon. John A. Kronstadt<br>United States District Judge |

1

Pursuant to the Stipulation for Compromise Settlement (Dkt. No. 18), Plaintiff Eugene Scalia, Secretary of Labor, United States Department of Labor, hereby files this Notice of Certification.  A true and correct copy of the Certification of Election is attached hereto.

The Court-approved Stipulation contemplates that upon approval of such certification, "the Court shall enter an order declaring that such persons have been elected as shown by such certification and dismissing this action in its entirety." Stipulation, ¶ 9.  To that end, a proposed order is also attached hereto.

DATED: November 16, 2019          NICOLA T. HANNA
                                  United States Attorney
                                  DAVID M. HARRIS
                                  Assistant United States Attorney
                                  Chief, Civil Division
                                  JOANNE S. OSINOFF
                                  Assistant United States Attorney
                                  Chief, General Civil Section


                                       /s/ Richard Park
                                  RICHARD M. PARK
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  Eugene Scalia, Secretary of Labor,
                                  United States Department of Labor

2