NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
RICHARD M. PARK (SBN 236173)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-3275
    Fax: (213) 894-7819
    Email: richard.park@usdoj.gov

Attorneys for Plaintiff
Eugene Scalia, Secretary of Labor
United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| EUGENE SCALIA, Secretary of Labor, United States Department of Labor,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>LOCAL 9003, COMMUNICATIONS WORKERS OF AMERICA,<br><br>    Defendant. | No. LA CIV 18-04739 JAK (ASx)<br><br>**CERTIFICATION OF ELECTION** |

---

[1] Eugene Scalia is the appointed Secretary of Labor and substituted here as Plaintiff in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

1

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation for Compromise Settlement filed February 6, 2019 and Order Approving Stipulation for Compromise Settlement dated February 12, 2019, in the United States District Court for the Central District of California, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Marisa Remski | President |
| Eric Norwood | Executive Vice President |
| Pandora "Pandy" Allen | Secretary/Treasurer |
| Derek Walker | Vice President-AT&T |
| Shelia Bordeaux | Executive Board Member-AT&T |
| Den'O Greer | Executive Board Member-AT&T |
| Marco Gutierrez | Executive Board Member-AT&T |
| Kenyon Johnson | Executive Board Member-AT&T |
| Pamm Bell | Executive Board Member-AT&T |

Signed this 5th day of November, 2019.

BRIAN A. PIFER, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor